IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| RIGOBERTO PULIDO RODRIGUEZ, #50081019 | § | |
| VS. | § | CIVIL ACTION NO. 5:05cv152 |
| DAVID G. JUSTICE, WARDEN | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven.  The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case.  Petitioner filed objections to the Report.

This Court made a *de novo* review of Petitioner's objections and determined that they lack merit.  This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH PREJUDICE**; and,

**ORDERS** that all motions not previously ruled on are denied.

 **SIGNED this 19th day of December, 2005.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE